IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEANNINE L. OLCOTT, ) | |
| ) | Case No. __19-2717_____ |
| Plaintiff, ) | |
| v. ) | Circuit Court of Johnson County, |
| ) | Kansas, Case No. 19CV05747 |
| QUIKTRIP CORPORATION, ) | |
| ) | <u>JURY TRIAL DEMANDED</u> |
| Defendant. ) | |

## NOTICE OF REMOVAL

TO:  The Honorable Judges of the United States District Court for the District of Kansas; and

     Christopher M. Napolitano
     James H. Ensz
     Isaac Elyacharshuster
     2121 City Center Square
     1100 Main Street
     Kansas City, MO 64105
     cnapolitano@enszjester.com
     jensz@enszjester.com
     ielyacharshuster@enszjester.com
     *Attorneys for Plaintiff*

PLEASE TAKE NOTICE that Defendant QuikTrip Corporation ("QT"), by and through counsel, hereby removes the above-captioned action from the District Court of Johnson County, Kansas to the United States District Court for the District of Kansas.

Removal to this Court is proper under 28 U.S.C. §§ 1441, 1446 and 1332(a). Removal is based on the grounds that follow.

## DIVERSITY OF CITIZENSHIP

1.   On October 25, 2019, the above-captioned case was commenced by Plaintiff in the District Court of Johnson County, Kansas, Case No. 19CV05747. A complete copy of the State Court file is attached hereto as Exhibit A.

2. QT was served with summons and a copy of the Petition on November 4, 2019. (*See* Exhibit A, Return of Service).

3. Plaintiff alleges she sustained personal injuries as a result of a slip and fall at a QT store on November 9, 2018. Plaintiff contends that the height differentiation in a curb near the air compressor was a dangerous condition and that QT was negligent in allowing this condition to exist. (*See* Exhibit A, Petition, ¶¶14-14).

4. Plaintiff is a resident of Johnson County, Kansas, and is not domiciled in the State of Oklahoma. (*See* Exhibit A, Petition, ¶1).

5. QT is an Oklahoma corporation with its principal place of business in Tulsa, Oklahoma.

6. Complete diversity of citizenship, therefore, exists for purposes of 28 U.S.C § 1332.

## AMOUNT IN CONTROVERSY

7. The jurisdictional amount requirement is satisfied because the value of Plaintiff's claims exceeds $75,000, exclusive of interests and costs.

8. Upon removal, the relevant inquiry into the jurisdictional amount "'is not whether the damages *are* greater than the requisite amount, but whether a fact finder *might* legally conclude that they are.'" *Bell v. Hershey Co.*, 557 F.3d 953, 959 (8th Cir. 2009) (quoting *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002)) (emphasis in original). In other words, to prevent removal the plaintiff must "establish to a legal certainty that the claim is for less than the requisite amount." *Id.* at 956.

9. Here, Plaintiff alleges she sustained severe ankle injuries resulting in medical expenses, loss of income, pain, suffering, present disability, and disability "into the indefinite

future." Plaintiff seeks damages in "an amount excess of $75,000." (*See* Exhibit A, Petition, ¶¶14-15, 20).

10. It is further relevant that Plaintiff, through her counsel, made a pre-filing settlement demand to QT regarding her alleged injuries which is greater than the jurisdictional amount (i.e., over $75,000).

11. Accordingly, the evidence sufficiently satisfies the amount in controversy requirement.

## THIS NOTICE IS PROCEDURALLY PROPER

12. The initial time within which QT is required by the laws of the State of Kansas to answer or otherwise plead in response to Plaintiff's Petition has not expired, and QT has not answered or otherwise pleaded in response to the Petition.

13. This Notice of Removal is timely under 28 U.S.C. 1446(b), in that it is filed by QT within 30 days of service of the Petition and summons. (*See* Exhibit A, Return of Service).

14. No previous Notice of Removal has been filed in or made to this Court for the relief sought herein.

15. Pursuant to 28 U.S.C. §1446, QT is filing a Notice of Removal with the Court Administrator for Johnson County, Kansas, and QT will promptly serve the same upon Plaintiff's counsel.

PLEASE TAKE FURTHER NOTICE that, in the event Plaintiff seeks to remand this case or the Court considers remand, *sua sponte*, QT requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

WHEREFORE, QuikTrip Corporation prays that the above captioned case pending in the District Court of Johnson County, Kansas, be removed to this federal court for further

proceedings based on diversity of citizenship jurisdiction, that this court take jurisdiction herein, and for any other and further relief as this court deems just and proper.

                                          ARMSTRONG TEASDALE LLP

                                          By: /s/ Brian M. Nye
                                                Karrie J. Clinkinbeard   #19583
                                                Brian M. Nye                #24094
                                                2345 Grand Boulevard, Suite 1500
                                                Kansas City, Missouri 64108-2617
                                                816.221.3420
                                                816.221.0786 (Facsimile)
                                                kclinkinbeard@armstrongteasdale.com
                                                bnye@armstrongteasdale.com

                                          ATTORNEYS FOR DEFENDANT QUIKTRIP CORPORATION

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 22, 2019, a true and accurate copy of the foregoing document was served via email upon the following counsel:

Christopher M. Napolitano
James H. Ensz
Isaac Elyacharshuster
Ensz & Jester, P.C.
2121 City Center Square
1100 Main Street
Kansas City, MO 64105
cnapolitano@enszjester.com
jensz@enszjester.com
ielyacharshuster@enszjester.com
*Attorneys for Plaintiff*

                                                /s/ *Brian M. Nye*