# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JEANNINE L. OLCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CV02717 |
| | ) | |
| QUIKTRIP CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Jeannine Olcott, by and through her attorneys Christopher M. Napolitano and James H. Ensz of the firm ENSZ & JESTER, PC, and Defendant QuikTrip Corporation, by and through its attorneys Brian M. Nye and Karrie J. Clinkinbeard of the firm ARMSTRONG TEASDALE LLP, and stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and attorneys' fees.

**DATED**:     November 23, 2020.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Christopher M. Napolitano

JAMES H. ENSZ                         KS #13040
CHRISTOPHER M. NAPOLITANO   KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:  816-474-8010
Facsimile:   816-471-7910
E-mails:      jensz@enszjester.com
                  cnapolitano@enszjester.com
**ATTORNEYS FOR PLAINTIFF**

AND

**ARMSTRONG TEASDALE LLP**


By: */s/ Brian M. Nye*
Karrie J. Clinkinbeard                KS #19583
Brian M. Nye                          KS #24094
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
kclinkinbeard@atllp.com
bnye@atllp.com
**ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION**